# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:14–cv–00547–GMS

| | |
|---|---|
| iMTX Strategic LLC v. Home Box Office Inc.<br>Assigned to: Judge Gregory M. Sleet<br>Related Cases: 1:13–cv–01940–GMS<br>　　　　　　　　1:14–cv–00269–GMS<br>　　　　　　　　1:14–cv–00325–GMS<br>　　　　　　　　1:14–cv–00546–GMS<br>　　　　　　　　1:15–cv–00036–GMS<br>　　　　　　　　1:14–cv–00548–GMS<br>　　　　　　　　1:14–cv–00549–GMS<br>　　　　　　　　1:14–cv–00550–GMS<br>　　　　　　　　1:14–cv–00551–GMS | Date Filed: 04/25/2014<br>Jury Demand: Plaintiff<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

Cause: 35:271 Patent Infringement

**Plaintiff**

| | | |
|---|---|---|
| **iMTX Strategic LLC** | represented by | **Stamatios Stamoulis**<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999–1540<br>Email: stamoulis@swdelaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dara T. Jeffries**<br>Email: dara@hgdlawfirm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rene A. Vazquez**<br>Email: rvazquez@hgdlawfirm.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard Charles Weinblatt**<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>302–999–1540<br>Email: weinblatt@swdelaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven W. Ritcheson**<br>Email: switcheson@hgdlawfirm.com<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Home Box Office Inc.** | represented by | **Jack B. Blumenfeld** <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658−9200 <br> Email: jbbefiling@mnat.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Brian S. Rosenbloom**
Email: brosenbloom@rfem.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek F Dahlgren**
Email: ddahlgren@rfem.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Lieberman**
Email: slieberman@rfem.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Home Box Office Inc.** | represented by | **Jack B. Blumenfeld** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **iMTX Strategic LLC** | represented by | **Stamatios Stamoulis** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Dara T. Jeffries**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rene A. Vazquez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Charles Weinblatt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven W. Ritcheson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2014 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against Home Box Office Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–1505545.) – filed by iMTX Strategic LLC. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(cla, ) (Entered: 04/28/2014) |
| 04/25/2014 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (cla, ) (Entered: 04/28/2014) |
| 04/25/2014 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 7,269,854 B2;. (cla, ) (Entered: 04/28/2014) |
| 04/25/2014 | Ï 4 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by iMTX Strategic LLC. (cla, ) (Entered: 04/28/2014) |
| 04/28/2014 | Ï | Summons Issued with Magistrate Consent Notice attached as to Home Box Office Inc. on 4/28/2014. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302–573–6170 and ask the Clerk to mail the summons to them. (cla, ) (Entered: 04/28/2014) |
| 04/30/2014 | Ï | Case Assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. Associated Cases: 1:14–cv–00546–GMS through 1:14–cv–00551–GMS (rjb) (Entered: 04/30/2014) |
| 08/20/2014 | Ï 5 | SUMMONS Returned Executed by iMTX Strategic LLC. Home Box Office Inc. served on 8/19/2014, answer due 9/9/2014. (Weinblatt, Richard) (Entered: 08/20/2014) |
| 08/26/2014 | Ï 6 | STIPULATION TO EXTEND TIME to answer the Complaint to October 9, 2014 – filed by Home Box Office Inc.. (Blumenfeld, Jack) (Entered: 08/26/2014) |
| 08/29/2014 | Ï | SO ORDERED, re 6 STIPULATION TO EXTEND TIME to answer the Complaint to October 9, 2014 filed by Home Box Office Inc., Set/Reset Answer Deadlines: Home Box Office Inc. answer due 10/9/2014. Ordered by Judge Gregory M. Sleet on 8/29/2014. (asw) (Entered: 08/29/2014) |
| 09/08/2014 | Ï 7 | MOTION for Pro Hac Vice Appearance of Attorney Steven Ritcheson, Renee Vazquez and Dara Jeffries of the law firm HENINGER GARRISON DAVIS, LLC – filed by iMTX Strategic LLC. (Stamoulis, Stamatios) (Entered: 09/08/2014) |
| 09/09/2014 | Ï | SO ORDERED – re (7 in 1:14–cv–00549–GMS) MOTION for Pro Hac Vice Appearance of Attorney Steven Ritcheson, Renee Vazquez and Dara Jeffries of the law firm HENINGER GARRISON DAVIS, LLC filed by iMTX Strategic LLC, (8 in 1:14–cv–00325–GMS) MOTION for Pro Hac Vice Appearance of Attorney Dara T. Jeffries of the law firm HENINGER GARRISON DAVIS, LLC filed by iMTX Strategic LLC, (7 in 1:14–cv–00547–GMS) MOTION for Pro Hac Vice Appearance of Attorney Steven Ritcheson, Renee Vazquez and Dara Jeffries of the law firm HENINGER GARRISON DAVIS, LLC filed by iMTX Strategic LLC, (7 in 1:14–cv–00269–GMS) MOTION for Pro Hac Vice Appearance of Attorney Dara T. Jeffries of the law firm HENINGER GARRISON DAVIS, LLC filed by iMTX Strategic LLC, (7 in 1:14–cv–00551–GMS) MOTION |

| | | |
|---|---|---|
| | | for Pro Hac Vice Appearance of Attorney Steven Ritcheson, Renee Vazquez and Dara Jeffries of the law firm HENINGER GARRISON DAVIS, LLC filed by iMTX Strategic LLC, (6 in 1:14–cv–00548–GMS) MOTION for Pro Hac Vice Appearance of Attorney Steven Ritcheson, Renee Vazquez and Dara Jeffries of the law firm HENINGER GARRISON DAVIS, LLC filed by iMTX Strategic LLC, (8 in 1:14–cv–00550–GMS) MOTION for Pro Hac Vice Appearance of Attorney Steven Ritcheson, Renee Vazquez and Dara Jeffries of the law firm HENINGER GARRISON DAVIS, LLC filed by iMTX Strategic LLC. Ordered by Judge Gregory M. Sleet on 9/9/2014. Associated Cases: 1:14–cv–00547–GMS et al.(mdb) (Entered: 09/09/2014) |
| 09/11/2014 | Ï | Pro Hac Vice Attorney Dara T. Jeffries,Steven W. Ritcheson,Rene A. Vazquez for iMTX Strategic LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (dmp, ) (Entered: 09/11/2014) |
| 10/09/2014 | Ï 8 | ANSWER to 1 Complaint, with Jury Demand , COUNTERCLAIM against iMTX Strategic LLC by Home Box Office Inc..(Blumenfeld, Jack) (Entered: 10/09/2014) |
| 10/09/2014 | Ï 9 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Time Warner Inc. for Home Box Office Inc. filed by Home Box Office Inc.. (Blumenfeld, Jack) (Entered: 10/09/2014) |
| 10/10/2014 | Ï 10 | MOTION for Pro Hac Vice Appearance of Attorney Steven Lieberman, Brian S. Rosenbloom and Derek F. Dahlgren of ROTHWELL, FIGG, ERNST & MANBECK – filed by Home Box Office Inc.. (Blumenfeld, Jack) (Entered: 10/10/2014) |
| 10/16/2014 | Ï | SO ORDERED – re 10 MOTION for Pro Hac Vice Appearance of Attorney Steven Lieberman, Brian S. Rosenbloom and Derek F. Dahlgren of ROTHWELL, FIGG, ERNST & MANBECK filed by Home Box Office Inc. Ordered by Judge Gregory M. Sleet on 10/16/2014. (mdb) (Entered: 10/16/2014) |
| 10/29/2014 | Ï 11 | ANSWER to 8 Answer to Complaint, Counterclaim *[iMTX STRATEGIC, LLC'S ANSWERS TO DEFENDANT HOME BOX OFFICE, INC.'S COUNTERCLAIMS]* by iMTX Strategic LLC.(Stamoulis, Stamatios) (Entered: 10/29/2014) |
| 01/12/2015 | Ï | ORAL ORDER SCHEDULING A RULE 16.2b CONFERENCE IN COURTROOM 4A: A Rule 16.2b Scheduling Conference has been set in these related matters for Tuesday, January 27, 2015, at 10:00 AM with the Honorable Gregory M. Sleet in Courtroom 4A. The parties shall file a Joint Status Report (see court's website for sample) no later than the close of business on Wednesday, January 21, 2015. Ordered by Judge Gregory M. Sleet on 1/12/2015. (ctd) (Entered: 01/12/2015) |
| 01/14/2015 | Ï | Pro Hac Vice Attorney Derek F Dahlgren,Steven Lieberman,Brian S. Rosenbloom for Home Box Office Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (dmp, ) (Entered: 01/14/2015) |
| 01/21/2015 | Ï 12 | STIPULATION TO EXTEND TIME for submitting Parties' Joint Status Report to January 22, 2015 – filed by iMTX Strategic LLC. (Stamoulis, Stamatios) (Entered: 01/21/2015) |
| 01/22/2015 | Ï | SO ORDERED – re (15 in 1:14–cv–00548–GMS, 16 in 1:14–cv–00550–GMS, 22 in 1:14–cv–00549–GMS, 18 in 1:13–cv–01940–GMS, 12 in 1:14–cv–00547–GMS, 26 in 1:14–cv–00551–GMS, 17 in 1:14–cv–00325–GMS) STIPULATION TO EXTEND TIME for submitting Parties' Joint Status Report to January 22, 2015 filed by iMTX Strategic LLC. Ordered by Judge Gregory M. Sleet on 1/22/2015. Associated Cases: 1:13–cv–01940–GMS et al.(mdb) (Entered: 01/22/2015) |
| 01/22/2015 | Ï 13 | Joint STATUS REPORT by iMTX Strategic LLC. (Stamoulis, Stamatios) (Entered: 01/22/2015) |
| 01/26/2015 | Ï | ORAL ORDER – The Rule 16.2b Scheduling Conference in Courtroom 4A scheduled for Tuesday, January 27, 2015, has been CONVERTED INTO A TELECONFERENCE. Plaintiff's counsel shall |

| | | |
|---|---|---|
| | | arrange the call to chambers at 302–573–4559. Counsel is put on notice that the conference may be rescheduled pending weather conditions. Ordered by Judge Gregory M. Sleet on 1/26/2015. Associated Cases: 1:13–cv–01940–GMS et al.(mdb) (Entered: 01/26/2015) |
| 01/26/2015 | Ï | ORAL ORDER RESCHEDULING THE RULE 16 TELECONFERENCE: The Rule 16.2b Scheduling Teleonference currently scheduled for Tuesday, January 27, 2015, at 10:00 AM has been RESCHEDULED to Friday, January 30, 2015, at 11:00 AM. Plaintiff's counsel shall arrange the call and contact chambers at (302) 573–4559. Ordered by Judge Gregory M. Sleet on 1/26/2015. (ctd) (Entered: 01/26/2015) |
| 01/29/2015 | Ï | ORAL ORDER RESCHEDULING THE RULE 16 TELECONFERENCE: The Rule 16.2b Scheduling Teleconference in these related matters, due to the number of parties, will now take place in Courtroom 4A and HAS BEEN RESCHEDULED from Friday, January 30, 2015, at 11:00 AM to Thursday, February 5, 2015, at 11:30 AM. Ordered by Judge Gregory M. Sleet on 1/29/2015.(ctd) (Entered: 01/29/2015) |
| 02/05/2015 | Ï | ORAL ORDER CANCELLING THE RULE 16.2B SCHEDULING CONFERENCE: The Rule 16.2b Scheduling Conference set for February 5, 2015 at 11:30 AM in Courtroom 4A has been postponed pending the resolution of the motions to transfer. Ordered by Judge Gregory M. Sleet on 2/5/2015. Associated Cases: 1:13–cv–01940–GMS et al.(mdb) (Entered: 02/05/2015) |
| 02/05/2015 | Ï 14 | ORDER – The moving defendants' motions to transfer venue are GRANTED. The cases captioned within the order are transferred to the Northern District of California. (See Order for further details). Signed by Judge Gregory M. Sleet on 2/5/2015. Associated Cases: 1:13–cv–01940–GMS et al.(mdb) (Entered: 02/05/2015) |