|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

IMTX STRATEGIC LLC

        Plaintiff(s),                        No. C 15-00592 JSW Related

    v.

VIMEO LLC

        Defendant(s).
_____/

IMTX STRATEGIC LLC

        Plaintiff(s),                        No. C 15-00593 JSW Related

    v.

SPOTIFY USA INC

        Defendant(s).
_____/

IMTX STRATEGIC LLC

        Plaintiff(s),                        No. C 15-00594 JSW Related

    v.

RHAPSODY INTERNATIONAL INC

        Defendant(s).
_____/

IMTX STRATEGIC LLC

        Plaintiff(s),                        No. C 15-00595 JSW Related

    v.

HOME BOX OFFICE INC

        Defendant(s).
_____/

IMTX STRATEGIC LLC

        Plaintiff(s),                       No. C 15-00596 JSW Related

   v.

HULU LLC

        Defendant(s).
_____/

IMTX STRATEGIC LLC

        Plaintiff(s),                       No. C 15-00597 JSW Related

   v.

NETFLIX, INC,

        Defendant(s).
_____/

IMTX STRATEGIC LLC

        Plaintiff(s),                       No. C 15-00598 JSW Related

   v.

VERIZON COMMUNICATIONS, INC,

        Defendant(s).
_____/

IMTX STRATEGIC LLC

        Plaintiff(s),                       No. C 15-00599 JSW Related

   v.                                             **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

VUDU, INC,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be

held in this case on **May 22, 2015 , at 11:00 a.m., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California**.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is proceeding without counsel, the parties may file separate case management statements. Separate statements my also address all of the topics set forth in the Standing Order referenced above. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days before the date of the conference and must be based upon good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the identities of any person, associations, firms, partnerships, corporations or other entities known by the parties to have either (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the disclosure was made. In this regard, counsel are referred to the Court's Recusal Order posted on the Court website at the Judges Information link at http://www.cand.uscourts.gov.

Discovery disputes may be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to

12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: February 27, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE