IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMTX STRATEGIC LLC,

    Plaintiff,

v.

HOME BOX OFFICE, INC.,

    Defendant.

_____/

No. C 15-00595 JSW

**ORDER STAYING LITIGATION**

On July 6, 2015, the Court conditionally granted Home Box Office Inc.'s joinder in a motion to stay. Home Box Office has filed a notice stating that it accepts the Court's conditions. Accordingly, the Court HEREBY STAYS this litigation pending a ruling in the Covered Business Method patent proceedings.

**IT IS SO ORDERED.**

Dated: July 17, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE